UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Jasmin J Delgado

Case No.: 20-12108
Chapter: 7
Judge: CMG

**NOTICE OF PROPOSED ABANDONMENT**

__Bunce D. Atkinson__, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608 |

If an objection is filed, a hearing will be held before the Honorable __Christine M Gravelle__ on __May 5, 2020__ at __10__ a.m. at the United States Bankruptcy Court, Courtroom no. __3__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 1414 W State St
Trenton, NJ
Value: $70,390.00 |

| Liens on property: | Quicken Loans
1050 Woodward Ave
Detroit MI
$55,498.00 |

| Amount of equity claimed as exempt: | 100% of exemptions allowed |

Objections must be served on, and requests for additional information directed to:

Name: Bunce D. Atkinson, Chapter 7 Trustee
Address: PO Box 8415, Red Bank, NJ 07701
Telephone No.: (732) 530-5300

*rev.8/1/15*

```
United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 20-12108-CMG
Jasmin J Delgado                                                    Chapter 7
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3           User: admin              Page 1 of 2                 Date Rcvd: Apr 06, 2020
                               Form ID: pdf905          Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 08, 2020.
db             +Jasmin J Delgado,    1414 W State St,    Trenton, NJ 08618-5122
518702368      +CARMAX AUTO FINANCE,    ATTN: BANKRUPTCY,    PO BOX 440609,    KENNESAW, GA 30160-9511
518702369      +CITIBANK/THE HOME DEPOT,    CITICORP CREDIT SRVS/CENTRALIZED BK DEPT,    PO BOX 790034,
                 ST LOUIS, MO 63179-0034
518702371      +CREDIT FIRST NATIONAL ASSOCIATION,    ATTN: BANKRUPTCY,    PO BOX 81315,
                 CLEVELAND, OH 44181-0315
518702377      +DIVERSIFIED CONSULTANTS, INC.,    ATTN: BANKRUPTCY,    PO BOX 679543,    DALLAS, TX 75267-9543
518702380      +Equifax,    Attn: Bankruptcy Dept.,    P.O. Box 740241,    Atlanta, GA 30374-0241
518702381      +Experian,    Attn: Bankruptcy Dept.,    P.O. Box 2002,    Allen, TX 75013-2002
518702382      +FEDLOAN SERVICING,    ATTN: BANKRUPTCY,    PO BOX 69184,    HARRISBURG, PA 17106-9184
518702385      +FIRST PREMIER BANK,    ATTN: BANKRUPTCY,    PO BOX 5524,    SIOUX FALLS, SD 57117-5524
518702386      +FORTIVA,   ATTN: BANKRUPTCY,    PO BOX 105555,    ATLANTA, GA 30348-5555
518702374      +Janina Dazza,    231 Federal Street,    Trenton, NJ 08611-2919
518702389      +LENDINGCLUB,    ATTN: BANKRUPTCY,    595 MARKET ST, STE 200,    SAN FRANCISCO, CA 94105-2807
518702394       Transunion,    Attn: Bankruptcy Dept.,    P.O. Box 1000,    Crum Lynne, PA 19022

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 07 2020 01:05:13      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 07 2020 01:05:10      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518702363      +E-mail/Text: ally@ebn.phinsolutions.com Apr 07 2020 01:04:18      ALLY FINANCIAL,
                 ATTN: BANKRUPTCY,    PO BOX 380901,    BLOOMINGTON, MN 55438-0901
518702365      +E-mail/Text: bk@avant.com Apr 07 2020 01:05:36      AVANT,    ATTN: BANKRUPTCY,   PO BOX 9183380,
                 CHICAGO, IL 60691-3380
518702366      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 07 2020 01:10:02      CAPITAL ONE,
                 ATTN: BANKRUPTCY,    PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
518702370       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 07 2020 01:04:56      COMENITYBANK/NEW YORK,
                 ATTN: BANKRUPTCY,    PO BOX 18215,    COLUMBUS, OH 43218
518702372      +E-mail/PDF: creditonebknotifications@resurgent.com Apr 07 2020 01:10:05      CREDIT ONE BANK,
                 ATTN: BANKRUPTCY DEPARTMENT,    PO BOX 98873,    LAS VEGAS, NV 89193-8873
518702375      +E-mail/Text: bankruptcy@diamondresorts.com Apr 07 2020 01:04:51
                 DIAMOND RESORTS FINANCIAL SERVICES,    ATTN: BANKRUPTCY,    10600 W CHARLESTON BLVD,
                 LAS VEGAS, NV 89135-1260
518702379       E-mail/Text: operationsclerk@easypayfinance.com Apr 07 2020 01:04:09
                 EASY PAY/DUVERA COLLECTIONS,    ATTN: BANKRUPTCY,    PO BOX 2549,    CARLSBAD, CA 92018
518702387      +E-mail/Text: GenesisFS@ebn.phinsolutions.com Apr 07 2020 01:06:00      GENESIS BC/CELTIC BANK,
                 ATTN: BANKRUPTCY,    PO BOX 4477,    BEAVERTON, OR 97076-4401
518702388      +E-mail/Text: bankruptcydept@kinecta.org Apr 07 2020 01:05:34      KINECTA FEDERAL CREDIT UNION,
                 ATTN: BANKRUPTCY DEPT,    P.O. BOX 10003,    MANHATTAN BEACH, CA 90267-7503
518702390      +E-mail/PDF: MerrickBKNotifications@Resurgent.com Apr 07 2020 00:57:54
                 MERRICK BANK/CARDWORKS,    ATTN: BANKRUPTCY,    PO BOX 9201,    OLD BETHPAGE, NY 11804-9001
518702391      +E-mail/Text: bankruptcyteam@quickenloans.com Apr 07 2020 01:05:26      QUICKEN LOANS,
                 ATTN: BANKRUPTCY,    1050 WOODWARD AVENUE,    DETROIT, MI 48226-1906
518702392      +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Apr 07 2020 01:09:25      REGIONAL ACCEPTANCE CORPORATION,
                 ATTN: BANKRUPTCY,    1424 EAST FIRE TOWER ROAD,    GREENVILLE, NC 27858-4105
518702393      +E-mail/PDF: gecsedi@recoverycorp.com Apr 07 2020 00:57:52      SYNCHRONY BANK/WALMART,
                 ATTN: BANKRUPTCY,    PO BOX 965060,    ORLANDO, FL 32896-5060
518702395      +E-mail/Text: bankruptcydepartment@tsico.com Apr 07 2020 01:05:41      TRANSWORLD SYS INC/51,
                 ATTN: BANKRUPTCY,    PO BOX 15630,    WILMINGTON, DE 19850-5630
518702396      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 07 2020 01:04:05
                 VERIZON WIRELESS,    ATTN: VERIZON BANKRUPTCY,    500 TECHNOLOGY DR, STE 500,
                 WELDON SPRINGS, MO 63304-2225
                                                                                              TOTAL: 17

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518702364*     +ALLY FINANCIAL,    ATTN: BANKRUPTCY,    PO BOX 380901,    BLOOMINGTON, MN 55438-0901
518702367*     +CAPITAL ONE,    ATTN: BANKRUPTCY,    PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
518702373*     +CREDIT ONE BANK,    ATTN: BANKRUPTCY DEPARTMENT,    PO BOX 98873,    LAS VEGAS, NV 89193-8873
518702376*     +DIAMOND RESORTS FINANCIAL SERVICES,    ATTN: BANKRUPTCY,    10600 W CHARLESTON BLVD,
                 LAS VEGAS, NV 89135-1260
518702378*     +DIVERSIFIED CONSULTANTS, INC.,    ATTN: BANKRUPTCY,    PO BOX 679543,    DALLAS, TX 75267-9543
518702383*     +FEDLOAN SERVICING,    ATTN: BANKRUPTCY,    PO BOX 69184,    HARRISBURG, PA 17106-9184
518702384*     +FEDLOAN SERVICING,    ATTN: BANKRUPTCY,    PO BOX 69184,    HARRISBURG, PA 17106-9184
                                                                                   TOTALS: 0, * 7, ## 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Apr 06, 2020
                              Form ID: pdf905          Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 3, 2020 at the address(es) listed below:
              Bunce   Atkinson     bunceatkinson@aol.com,   NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,
               atkinson@remote7solutions.com
              Denise E. Carlon    on behalf of Creditor   QUICKEN LOANS INC. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Russell L. Low    on behalf of Debtor Jasmin J Delgado ecf@lowbankruptcy.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 4
```