Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                          Case No.:  20−12108−CMG
                          Chapter:  7
                          Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jasmin J Delgado
   1414 W State St
   Trenton, NJ 08618

Social Security No.:
   xxx−xx−6870

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Bunce Atkinson is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>June 10, 2020</u>                <u>Christine M. Gravelle</u>
                                        Judge, United States Bankruptcy Court